IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------
KEVIN JOHNSON, *individually and on behalf of all others similarly situated*

       Plaintiff,

       v.

FREE STATE MANAGEMENT GROUP, LLC

       Defendant.
---------------------------------------------------

CIVIL ACTION NO.: 20-197-KSM

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
APPROVING THE SETTLEMENT AGREEMENT
AND GRANTING A SERVICE AWARD**

The Named Plaintiff, Kevin Johnson ("Plaintiff" or "Class Representative"), individually and on behalf of the twenty (20) Opt-In Plaintiffs ("Opt-In Plaintiffs") he represents (collectively with Plaintiff, "Settlement Class Members"), by and through his undersigned counsel of record ("Plaintiff's Counsel" or "Class Counsel"), hereby moves before this Honorable Court for an Order:

1. Approving the Joint Stipulation of Settlement and Release entered into between Plaintiff and Defendant Free State Management Group, LLC ("Defendant"); and

2. Granting a Service Award to the Class Representative.

Plaintiff's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.[1]

---

[1] A single Proposed Order for this Motion and Plaintiff's Unopposed Motion for An Order Awarding Attorneys' Fees and Reimbursement of Expenses has been docketed with this Motion and attached as Exhibit A to Plaintiff's Memorandum of Law In Support of the same.

                    Respectfully submitted,

                    **MURPHY LAW GROUP, LLC**

By:   */s/ Michael Groh*
        Michael Murphy, Esq.
        Michael Groh, Esq.
        Eight Penn Center, Suite 2000
        1628 John F. Kennedy Blvd.
        Philadelphia, PA 19103
        TEL: 267-273-1054
        FAX: 215-525-0210
        murphy@phillyemploymentlawyer.com
        mgroh@phillyemploymentlawyer.com
        Attorneys for Plaintiff

Dated: April 7, 2021

## **CERTIFICATE OF SERVICE**

I, Michael Groh, Esquire, hereby certify that on April 7, 2021, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

Jonathan S. Krause, Esq.
Michael A. Iaconelli, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
215-569-2700
215-568-6603 (fax)
jkrause@klehr.com
miaconelli@klehr.com
Attorneys for Defendant

                                                   /s/ Michael Groh
                                                 Michael Groh, Esq.

Dated: April 7, 2021