IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN JOHNSON, <br><br> Plaintiff, <br><br> *v.* <br><br> FREE STATE MANAGEMENT GROUP, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 20-197-KSM |

## ORDER

**AND NOW**, this 1st day of July, 2021, upon consideration of Plaintiff's Unopposed Motion for an Order Approving the Settlement Agreement and Granting a Service Award (Doc. No. 27) and his Unopposed Motion for an Order Awarding Attorneys' Fees and Reimbursement of Expenses (Doc. No. 28) and the parties' oral arguments, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Unopposed Motion for an Order Approving the Settlement Agreement and Granting a Service Award (Doc. No. 27) is **GRANTED** with a reduced service award. Specifically, Plaintiff Kevin Johnson's service payment is reduced from $3,000 to $2,135. The remaining $865 shall be distributed to the Settlement Class members on a *pro rata* basis.

2. Unopposed Motion for an Order Awarding Attorneys' Fees and Reimbursement of Expenses (Doc. No. 28) is **GRANTED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.